

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

Edythe Kagan

              Plaintiff(s),

v.

Conseco Senior Health Insurance Co.

              Defendant(s).

Case No. 2:06-CV-00801-GEB-PAN

**FILED**
MAY 1 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

I, Richard K. Wagner (#6285242)

attorney for Conseco Senior Health Insurance Company

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Baker & McKenzie LLP |
| Address: | One Prudential Plaza |
| | 130 East Randolph Drive |
| City: | Chicago |
| State: | IL     ZIP Code: 60601 |
| Voice Phone: | (312) 861-2583 |
| FAX Phone: | (312) 698-2490 |
| Internet E-mail: | richard.k.wagner@bakernet.com |
| Additional E-mail: | |
| I reside in City: | Elmhurst     State: IL |

I was admitted to practice in the U.S. District Court, Northern District of Illinois (court) on 2005 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Kelly E. Going

Firm Name: Baker & McKenzie LLP

Address: 660 Hansen Way

City: Palo Alto

State: CA    ZIP Code: 94304-1044

Voice Phone: (650) 856-2400 ext. 5592

FAX Phone: (650) 856-9299

E-mail: kelly.going@bakernet.com

Dated: May 11, 2006    Petitioner: [signature]

**ORDER**

IT IS SO ORDERED.

Dated: 5-18-06

[signature]
JUDGE, U.S. DISTRICT COURT