IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
EDYTHE KAGAN,                    )
                                 )    2:06-cv-0801-GEB-PAN(JFM)
          Plaintiff,             )
                                 )
     v.                          )    ORDER
                                 )
CONSECO SENIOR HEALTH            )
INSURANCE COMPANY,               )
                                 )
          Defendant.             )
_____)
```

On May 26, 2006, Plaintiff filed a First Amended Complaint. The First Amended Complaint is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner & Co., 826 F.2d 1542, 1546 (9th Cir. 1989) (stating that an amended complaint supercedes the prior complaint). Defendant's pending Motion to Dismiss filed May 11, 2006, is deemed withdrawn because it seeks relief regarding Plaintiff's original Complaint.

IT IS SO ORDERED.

Dated: June 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge