1    Kelly E. Going – SBN 233355
2    **Baker & McKenzie LLP**
     660 Hansen Way
3    Palo Alto, CA 94304-1044
     (650) 856 2400 (Tel)
4    (650) 856 9299 (Fax)
     kelly.going@bakernet.com
5
     Attorneys for Defendant
6    CONSECO SENIOR HEALTH INSURANCE
     COMPANY
7

**FILED**

SEP – 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8

9                  UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   **EDYTHE KAGAN,** | Case No. 2:06-CV-00801-GEB-EFB |
| 12          Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING AN EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT |
| 13        vs. | |
| 14   **CONSECO SENIOR HEALTH INSURANCE COMPANY,** | Judge:          Garland E. Burrell, Jr. |
| 15          Defendant. | Magistrate Judge:   Edmund F. Brennan |
| 16 | |

17   <u>STIPULATION AND [PROPOSED] ORDER REGARDING AN EXTENSION OF TIME</u>
18             <u>TO RESPOND TO THE SECOND AMENDED COMPLAINT</u>

19
     Per stipulation, through their undersigned counsel, the parties agree that Defendant
20
21   Conseco Senior Health Insurance Company's time to answer or otherwise move in response to the

22   Second Amended Complaint in the above captioned action shall be extended seven (7) days to

23   September 14, 2006.

24

25

26

27

28
                             1

| 1 | Dated: September 1, 2006 | Dated: September 1, 2006 |

Dated: September 1, 2006

2    By:    Elizabeth K. Green

By:    Richard K. Wagner

Attorney for Plaintiff,
Edythe Kagan

Attorney for Defendant,
Conseco Senior Health Insurance Company

Lisa S. Kantor – SBN 110678
Elizabeth K. Green – SBN 199634
**Kantor & Kantor LLP**
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (Tel)
(818) 350-6272 (Fax)
egreen@kantorlaw.net

Mark L. Karasik (admitted *pro hac vice*)
James J. Dries (admitted *pro hac vice*)
Richard K. Wagner (admitted *pro hac vice*)
**Baker & McKenzie LLP**
130 E. Randolph Drive
One Prudential Plaza, Suite 3500
Chicago, IL 60601
(312) 861-8000 (Tel)
(312) 861-2899 (Fax)
mark.l.karasik@bakernet.com
james.j.dries@bakernet.com
richard.k.wagner@bakernet.com

Kelly E. Going – SBN 233355
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
(650) 856 2400 (Tel)
(650) 856 9299 (Fax)
kelly.going@bakernet.com

## [PROPOSED] ORDER

Based on the parties stipulation, Defendant Conseco Senior Health Insurance Company is hereby granted an extension until September 14, 2006 to answer or otherwise move in response to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: 9-5-06

The Honorable Garland E. Burrell, Jr.
United States District Judge

CHIDMS1/24590082.2

2

Page 3 of 3 sent to Wagner, Richard K received on 9/1/2006 11:28:02 AM [Central Daylight Time].