IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDYTHE KAGAN,<br><br>            Plaintiff,<br><br>  v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY,<br><br>            Defendant. | 2:06-cv-801-GEB-EFB<br><br><br>ORDER* |

Defendant moves to dismiss this case.  Plaintiff opposes the motion.

BACKGROUND

Plaintiff Edythe Kagan ("Plaintiff") holds an insurance policy from Defendant Conseco Senior Health Insurance Company ("Defendant").  (Second Am. Compl. ¶ 5.)  On September 30, 2005, Plaintiff made a claim for home health care benefits under this policy. (Id. ¶ 11.)  Defendant denied Plaintiff's claim on February 23, 2006.  (Id. ¶ 14.)  Based on that denial Plaintiff

---

    * This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

brought this action against Defendant alleging breach of contract and breach of the duty of good faith and fair dealing.

## DISCUSSION

Defendant asserts that Plaintiff's claim is not ripe for adjudication because Plaintiff has not provided Defendant with the proof necessary for Defendant to evaluate her claim. (Def.'s Mot. to Dismiss at 5.) Plaintiff does not dispute that she has not provided Defendant with the requisite proof, but argues that the "entire basis of Defendant's motion is a lie if Defendant won't agree to agree [sic] to stay litigation to consider the documentation that would render the claim 'ripe' for controversy." (Pl.'s Opp'n at 2.)

"[C]ompliance with the formal [p]roof of [l]oss requirements is a well established rule of law." Binkley v. FIA, 1998 U.S. Dist. LEXIS 18216, at *2-3 (N.D. Cal. Nov. 18, 1998). Plaintiff has "not presented legal authority supporting the proposition that [her] breach of contract cause of action is ripe for litigation in the absence of a denial from [Defendant]." Hillyer v. Allstate Ins. Co., 1995 U.S. Dist. LEXIS 13504, at *8 (C.D. Cal. Sept. 11, 1995). Since Plaintiff has not complied with Defendant's proof of loss requirements her claim is not ripe for adjudication.

## CONCLUSION

Defendant's Motion to Dismiss is granted. Therefore, this action is dismissed.

IT IS SO ORDERED.

Dated: October 20, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2